IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE MAGIN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRINITY HEALTH MID-ATLANTIC,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  21-3303 |

### O R D E R

**AND NOW**, this 10th day of June, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 15), Plaintiff's Response in Opposition (ECF No. 19), and Defendant's Reply (ECF No. 20), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**.  It is **FURTHER ORDERED THAT**:

1. Defendant's Motion is **GRANTED** as to Plaintiff's claims based on a "record of" disability pursuant to 42 U.S.C. § 12102(1)(B);

2. Defendant's Motion is **GRANTED** as to Plaintiff's claims based on a "regarded as" disability pursuant to 42 U.S.C. § 12102(1)(C);

3. Defendant's Motion is **GRANTED** as to Plaintiff's claim of retaliatory failure to hire;

4. In all other respects, Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**